UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONDEL D. GARDNER,** | NO. LA CV 16-03114-VBF (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DR. GESHIMI et al., | |
| Defendants. | |

Pursuant to this Court's Order Granting the Defendants' Motion for Summary Judgment due to Plaintiff's Failure to Exhaust Administrative Remedies, **it is adjudged that this action is dismissed without prejudice.**

Dated: October 26, 2017

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge